UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,   )   Violation No. _____
                            )
        Plaintiff,          )   Case No. 5:20-PO-296
                            )
    v.                      )   DEFENDANT'S REQUEST FOR WAIVER OF
                            )   APPEARANCE; ORDER
KAI CRADMORE                )
                            )
        Defendant.          )
_____)

Defendant hereby requests a Court Order waiving his/her appearance at his/her COURT hearing, scheduled for May 2, 2021 at 10 a.m. Defendant resides in Los Angeles, CA and it would be a financial hardship for him/her to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his/her presence at the upcoming hearing.

Defendant hereby waives his/her presence at the ARRAIGNMENT hearing on May 2, 2021, at 10:00 a.m.. and requests the Court proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she was personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: 3/1/21                   _____
                                Defendant (Signature)

Dated: 1 March 2021             _____
                                Defendant's Counsel

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on March 2, 20 21.

Dated: March 1, 2021            _____
                                Jennifer L. Thurston
                                U.S. Magistrate Judge

1